

1205 FRANKLIN AVENUE, GARDEN CITY, NY 11530
TEL: 516.248.6000   FAX: 516.248.0677   WWW.KBRLAW.COM

CARA A. O'SULLIVAN
DIRECT: 516.200.7906
COSULLIVAN@KBRLAW.COM

October 24, 2023

## MEMO ENDORSED

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Joseph Volfman, v Soul Café Inc., d/b/a Red Bamboo and Keystone 140-142 West Fourth LLC
Case #23-cv-6496 (SHS)

Dear Honorable Stein:

Please be advised that this firm represents Defendant Keystone 140-142 West Fourth LLC in the above-referenced matter.

We write this letter, with the consent of plaintiff, for an adjournment of the conference scheduled for October 26 at 11:00am. This is the first request for an adjournment of the conference. We respectfully request that the conference be adjourned for thirty (30) days for the parties to discuss settlement and as it is unknown if co-defendant will be appearing at the conference scheduled for October 26.

Further, plaintiff consents to Defendant Keystone 140-142 West Fourth LLC submitting an Answer and/or to move or respond to the Complaint on or before November 23, 2023. Defendant respectfully requests that the Court grant such extension of time.

Your attention to this matter is appreciated.

Very truly yours,

KAUFMAN BORGEEST & RYAN LLP

*Cara A. O'Sullivan*

Cara O'Sullivan

The last day for defendants to respond to the complaint is November 23, 2023. The conference is adjourned to November 29, 2023, at 4:00 p.m.

Dated: New York, New York
October 24, 2023

SO ORDERED:

*Sidney H. Stein*

Sidney H. Stein, U.S.D.J.