UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH VOLFMAN,

                Plaintiff,

    -against-

SOUL CAFÉ INC. d/b/a RED BAMBOO and
KEYSTONE 140-142 WEST FOURTH LLC,

                Defendants.

---

23-cv-6496 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    The Court has reviewed the joint stipulation of dismissal with prejudice entered by plaintiff Joseph Volfman and defendant Keystone 140-142 West Fourth LLC that was filed on February 14, 2024. (ECF No. 17.)

    Since defendant Soul Café Inc. d/b/a Red Bamboo is not a party to the joint stipulation of dismissal with prejudice, the status conference scheduled for February 16, 2024, at 11:00 a.m. will proceed as planned. The conference will be held at the U.S. Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23A.

Dated: New York, New York
         February 15, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.